Olen Ware
21010 Rushville Court
Katy, Texas 77449
olenware@yahoo.com
832-858-6065

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 1 4 2015

CHRISTOPHER A. PRINE

CLERK _____

December 10, 2015

Court of Appeals Number:  01-13-00545-CR
Trial Court Case Number:  1328054

Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-2066

Hello Mr. Rodriguez,

I have enclosed funds to obtain the referenced transcripts, and also added the additional one dollar fee in order to have the transcript added to a disc.  Please advise when ready, and I will be glad to pick it up.  Thank you for your time.



SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:   713-755-8131

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

November 25, 2015

David C. Bolton
Texas Writ Works
6804 E. Hwy 6 South #525
Houston, TX 77083

**RE:**   **Court of Appeals Number: 01-13-00545-CR**
          **Trial Court Case Number:** 1328054

**Style:** Olen Ware II v. The State of Texas

This is to acknowledge your communication received October 14, 2015. Our Court does not provide free copies of any documents without prepayment of costs and postage. The fees associated with obtaining copies of court records are as follows: ten cents ($0.10) per page for the first 50 pages, and 50 cents ($0.50) per page thereafter. Certified copies including certificate and seal certification are one dollar ($1.00) per page with a five dollar ($5.00) minimum. Audio disks of oral argument are $25.00 each.

The costs for your request are as follows:

| | | |
|---|---|---|
| Reporter's Record | 771 pages x $0.50 a page | $ 385.50 |
| Reporter's Record | 50 pages x $0.10 a page | $ 5.00 |
| Clerk's Record | 150 pages x $0.50 a page | $ 75.00 |
| Shipping Fee | | $ 6.94 |
| Total | | $ 472.44 |

Please make the cashier's check or money order payable to Court of Appeals, First District of Texas.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

IV



9407 1102 0079 3803 7163 27

**F**

$3.935  US POSTAGE
FIRST-CLASS
Dec 10 2015
Mailed from ZIP 77449



071V00871473

endicia.com

# USPS FIRST CLASS

OLEN WARE
21010 RUSHVILLE COURT
KATY TX 77449

**SHIP TO:** COURT OF APPEALS FIRST DISTRICT
301 FANNIN ST.
JESSE RODRIGUEZ DEPUTY CLERK IV
HOUSTON TX 77002



SEE NOTICE ON REVERSE regarding UPS Terms and Conditions of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0915

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 11 2015

CHRISTOPHER A. PRINE
CLERK

Olen WARE
21010 Rushville Court
Katy, Tx. 77449